UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

DEBORAH LAUFER, Individually,
    Plaintiff,

v.                                  Case No.: 1:19-CV-00293-ACW-GRJ

GURU KRUPA, INC., a Florida corporation,
    Defendant.
_____///

## NOTICE OF SETTLEMENT AND REQUEST
## FOR 45 DAYS TO FILE DISMISSAL WITH PREJUDICE

Plaintiff, DEBORAH LAUFER, through counsel, files this Notice of Settlement advising that the parties have agreed to settle all claims asserted in this action. The parties are in the process of preparing and executing the necessary settlement documents and request 45 days within which to file a dismissal with prejudice.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record this June 17, 2020.

Respectfully submitted,
**/s/*Suzette M. Marteny Moore*** 
FBN 668591
s.moore@smoorelaw.com
EService@smoorelaw.com
S. Moore Law PLLC
2690 S. Combee Rd.
Lakeland, Florida 33803
863-229-2140 (T)/ (863) 808-0586 (F)

Thomas B. Bacon, P.A.
644 North Mc Donald St.
Mt. Dora, FL 32757
ph. (954) 478-7811
tbb@thomasbaconlaw.com
Florida Bar. Id. No. 139262
*Attorneys for Plaintiff*